# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON THAD PAYNE,<br><br>                Petitioner,<br>    v.<br>ELVIN VALENZUELA, Warden,<br><br>                Respondent. | Case No. CV 15-03243 FMO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 25, 2016

                                              _____/s/_____
                                              FERNANDO M. OLGUIN
                                         UNITED STATES DISTRICT JUDGE