# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON THAD PAYNE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ELVIN VALENZUELA, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-03243 FMO (AFM)<br><br>**AMENDED JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 29, 2016

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE